```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

This document relates to:
                                    :     CIVIL ACTION
02-2630    BONSTEIN                  :     NO. MDL 875
02-2632    NEILSEN                   :
02-2634    UPDEGROVE                 :
02-2679    BONSTEIN                  :
02-2680    UPDEGROVE                 :
02-2681    SHIRK                     :
02-2682    BAREFIELD                 :
02-2734    PEARCE                    :
02-2763    HESS                      :
02-2764    HENDRICKS                 :
02-2818    PEARCE                    :
02-2842    DEVITO                    :
02-2843    WEINER                    :
02-2844    HARRY                     :
02-2884    KELLY                     :
02-2940    HOOD                      :
02-2966    ROCKS                     :
02-2967    HARTMANN                  :
02-2969    SAKEWICZ                  :
02-2970    SOLOMON                   :
02-2971    REED                      :
02-2973    JOHNSON                   :
02-2974    COLLIER                   :
02-2975    WEINER                    :
02-2976    HARRY                     :
02-2977    KINIUK                    :
02-3173    ZUCAL                     :
02-3174    COLLIER                   :
02-3176    ROMANOWSKI                :
02-3532    ROMANOWSKI                :
02-3533    O'DONNELL                 :
02-3556    PALMER                    :
02-3633    SNYDER                    :
02-3634    BUTLER                    :
02-3741    SNYDER                    :
02-3742    DANCSECS                  :
02-3832    MACAULEY                  :
02-3855    ROWLAND                   :
02-4025    ALIBERT                   :
02-4094    GRESH                     :
```

<u>O R D E R</u>

The Court having been advised that the issues raised in each of these actions are also presently pending before the Honorable District Court Judge Alfred Wolin. Judge Wolin has been specially designated to sit in the District of Delaware and preside over these matters. Further, the Judge has set a schedule and will proceed appropriately. In the interest of judicial economy and for a prompt resolution of all outstanding issues this Court will hold its action in abeyance and await the ruling by the Bankruptcy Court.

**IT IS THEREFORE THE ORDER OF THIS COURT** that all pending motions for abstention and remand are denied without prejudice at this time with leave to renew at a later date. The cases are administratively dismissed, subject to reinstatement following the determination of the bankruptcy issues by Judge Wolin and any subsequent appeals thereto.

Done this 19th day of July, 2002.

BY THE COURT

_____
Charles R. Weiner, SJ